# United States District Court
## District of Wyoming

UNITED STATES OF AMERICA

VS

JACK KANE PARRENT JR.
Defendant

☐ Violation Notice  ☐ Information  ☑ Complaint

Citation No. _____
Case No. **2:11M2105-001**
Date Violation Notice Issued **6/3/11**
Place **YNP - Lamar Valley/East Wildlife Overlook**
Violation Charged  **1) Reckless endangerment - Class A;**
**2) BAC - commercial vehicle - B;**
**3) DUI- commercial vehicle - B**

Before the Honorable **Stephen E. Cole**

Interpreter _____ Telephone _____
Time **2:18 - 2:43**
Tape No. _____  Date **6/6/11**

**Karen Angermeier**
Deputy Clerk

_____
Probation Officer

**FTR**
Court Reporter

**Lee Pico/**
Asst. U.S. Attorney

_____
U. S. Marshal

☐ Failed to appear   Warrant issued on _____

☑ Appeared
   ☑ Voluntarily   ☐ In-Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing _____
   ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
   reason _____

☑ Bail is set at  **$2,500.00**
   ☑ Unsecured   ☐ Cash/Surety   ☐ P/R-No Amount

☑ Conditions of release
   do not use or possess alcohol; do not leave Gallatin or Park Counties without permission of the Court; submit to test of blood, breath or urine upon demand of LEO; submit to search of person, residence, vehicle or workplace upon demand of LEO

☐ Defendant executes consent to be tried by U.S. Magistrate Judge

☐ Waiver of Jury Trial/Class A Misdemeanor

Proceedings Sheet - Petty Offenses/Misdemeanors

☐ Defendant executes consent to transfer petty offense for plea and sentence

☑ Informed of charges and rights     Date 6/6/11

☐ Defendant arraigned     Date _____     Defendant enters ☐ Not Guilty Plea     ☐ Guilty

☐ Court accepts plea

☐ Trial     Witnesses _____
_____
_____
_____
_____

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfieted

☐ PSI ordered

☐ Sentence     Date _____

☐ Imposition of jail sentence suspended

☐ Committed to custody for a period of _____

☐ Probation for a period of _____
    ☐ W Supervision     ☐ W/O Supervision

☐ Special conditions of probation
_____
_____
_____
_____

☐ Fined _____ Payable _____

☐ Restitution _____ To _____

☐ Special Assessment _____

☐ $25 Processing Fee

☐ Defendant advised of right to appeal

☑ Other   Appointed counsel requested and approved.
    ARRAIGNMENT: June 23, 2011 at 10:00 am
_____
_____
_____

Proceedings Sheet - Petty Offenses/Misdemeanors