```
                                           FILED
                                       DISTRICT OF WYOMING
                                       U.S. DISTRICT COURT

                                          JUN - 6 2011

                                       U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## for the DISTRICT OF WYOMING
### at YELLOWSTONE NATIONAL PARK

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

JACK KANE PARRENT, JR.,
          Defendant.

**ORDER SETTING CONDITIONS OF RELEASE**
11-MJ-100

Case Number 2:11M2105-001

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the United States attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at <u>Mammoth Hot Springs, Yellowstone National Park, Wyoming</u> on <u>June 23, 2011 at 10:00 a.m.</u>

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of <u>Two Thousand Five Hundred and 00/100 Dollars ($2,500.00)</u> in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED the release of the defendant is subject to the conditions marked below:

(6) **The defendant shall:**

- abide by the following restrictions on personal associations, place of abode, or travel: not to leave Gallatin or Park County, Montana without first obtaining permission from the Court except to attend court.

- not consume or possess any alcoholic beverages and shall not frequent establishments where the sale of alcohol is their primary source of income such as bars or lounges.

- submit to test of blood, breath or urine as directed by any law enforcement officer.

- submit to search of person, residence, workplace or vehicle upon reasonable suspicion of any law enforcement officer.

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention as provided in 18 U.S.C. §3148, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____     _____
Signature of Defendant                                 City/State/Zip

## Direction to United States Marshal

• **The defendant is ORDERED released after processing.**

Date: June 6, 2011                   _____
                                                 Stephen E. Cole
                                         United States Magistrate Judge