```
                                    FILED
                              DISTRICT OF WYOMING
                              U.S. DISTRICT COURT

                                  JUN - 9 2011

                              U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
### YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s), | **NOTICE** 11-MJ-100 |
| vs. | |
| JACK KANE PARRENT JR., Defendant(s). | Case Number: 2:11M2105-001 |

**TYPE OF CASE:**

**CRIMINAL**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| | |
|---|---|
| **PLACE**<br>Yellowstone Justice Center<br>Mammoth Hot Springs<br>Yellowstone Natl Park, WY 82190<br>(307) 344-2569 | **BEFORE**<br>Stephen E. Cole, U.S. Magistrate Judge |
| | **DATE AND TIME**<br>June 23, 2011 at 10:00 a.m.<br>(Mountain Time) |

**TYPE OF PROCEEDING**

**ARRAIGNMENT**

STEPHAN HARRIS
Clerk of Court

June 9, 2011
Date

Karen Angermeier
Courtroom Deputy

TO:
Francis Leland Pico
Assistant United States Attorney
P.O. Box 703
Yellowstone National Park, WY 82190
(307) 344-2119

Jami Rebsom
Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT 59047
(406) 223-8413