# CRIMINAL MINUTE SHEET
## ☑ Arraignment / Change of Plea ☐

Date 06/23/11

Time 10:28 - 10:43

Case No. 2:11M2105-001 (11MJ100)
Interpreter
Int. Phone

## USA vs. JACK KANE PARRENT, JR.

| Stephen E. Cole | Karen Angermeier | FTR | | |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES   Government  LEE PICO

Defendant  JAMI REBSOM
☑ CJA   ☐ FPD   ☐ RET   ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not Guilty to Count(s) 1, 2 AND 3 ......................................... of an ~~Information~~ *Criminal Complaint*
☐ Guilty to Count(s) .................................................................. of an Indictment
☐ Nolo Contendre

### NOT GUILTY PLEA
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☑ Motions to be filed in ____ days or on/before 7/14/2011
☑ Trial date set for 8/10/2011 at 9:00 am
   In Mammoth Hot Springs, WY
☐ Speedy trial expires on ____
☑ Other Defense motions filed by 7/14/11; Government response filed by 7/21/11

### GUILTY PLEA
☐ Court is satisfied there is factual basis for plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequences of a plea of guilty
☐ Plea Agreement filed
☐ Sentencing set for ____ at ____
In ____
☐ Plea conditionally accepted
☐ Count(s) ____ to be dismissed at time of sentencing

**BOND IS**   ☐ Defendant is detained
☑ Set at $ 2,500.00   ☐ Cash or Surety   ☑ Unsecured
☐ Continued on the same terms and conditions
☑ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of ____
☑ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to ____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☑ Other

☐ Seek/Maintain employment
☑ Travel restricted to  see OTHER
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with ____
☐ Post property or sum of money ____
☐ Do not obtain passport

Defendant shall not travel outside of Gallatin or Park County, Montana except to attend Court without first obtaining permission from the Court.