```
F I L E D
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUN 2 8 2011

U.S. MAGISTRATE JUDGE
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
### YELLOWSTONE NATIONAL PARK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 11-MJ-100 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number 2:11M2105-001 |
| | ) | |
| JACK KANE PARRENT JR, | ) | |
| | ) | |
| Defendant. | ) | |

### SCHEDULING ORDER

The defendant entered a plea of not guilty at Arraignment held in the above-referenced matter on June 23, 2011.

The defendant shall file any Motions in this matter by July 14, 2011.

The government shall file any Reply to the defendant's Motions by July 21, 2011

Motions hearing is set for August 2, 2011 at 9:00 a.m.

Trial is set for August 10, 2011 at 9:00 a.m.


IT IS SO ORDERED.

Dated this 28th day of June, 2011.


Stephen E. Cole
U.S. Magistrate Judge