```
                                                    FILED
                                              DISTRICT OF WYOMING
                                               U.S. DISTRICT COURT

                                                 JUN 2 8 2011

                                              U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
### YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s), | **NOTICE** <br> 11-MJ-100 |
| vs. | |
| JACK KANE PARRENT JR., Defendant(s). | Case Number: 2:11M2105-001 |

**TYPE OF CASE:**

**CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE <br> Yellowstone Justice Center <br> Mammoth Hot Springs <br> Yellowstone Natl Park, WY 82190 <br> (307) 344-2569 | BEFORE <br> Stephen E. Cole, U.S. Magistrate Judge |
|---|---|
| | DATE AND TIME <br> August 2, 2011 at 9:00 a.m. <br> (Mountain Time) |

**TYPE OF PROCEEDING**

**MOTIONS HEARING**

STEPHAN HARRIS
Clerk of Court

June 28, 2011
Date

Karen Angermeier
Courtroom Deputy

TO:
Francis Leland Pico
Assistant United States Attorney
P.O. Box 703
Yellowstone National Park, WY 82190
(307) 344-2119

Jami Rebsom
Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT 59047
(406) 223-8413