# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☒ **Telephonic**

Date  08/02/11                         Case No.  2:11M2105-001

Time  2:48 - 2:55                      Interpreter  _____
                                       Int. Phone  _____

USA  _____   VS   JACK KANE PARRENT JR.

Stephen E. Cole         Karen Angermeier        _____        _____
    Judge                   Clerk                  Reporter               Law Clerk

            _____                    _____
                Marshal                         Probation Officer

Attorney(s) for Government   LEE PICO

Attorney(s) for Defendant(s)   JAMI REBSOM

Other

Status Conference held in chambers with defense counsel appearing by phone from 406.222.5963.

US has not had a chance to speak in detail with defense counsel who has emailed proposed Plea Agreement. Will be working on the details and hope to resolve within week.

US - motion pending? No, per defense counsel. US may need oral motion to preserve speedy trial time.

US and defense will be speaking tomorrow.