F I L E D
DISTRICT OF WYOMING
U.S. DISTRICT COURT

**AUG 1 7 2011**

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING
## YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JACK KANE PARRENT, JR.,<br>Defendant. | **NOTICE**<br>11-MJ-100<br><br>Case Number 2:11M2105-001 |

TYPE OF CASE:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| PLACE:<br>Yellowstone Justice Center<br>Magistrate Judge's Courtroom<br>Mammoth Hot Springs<br>Yellowstone National Park, WY 82190<br>(307) 344-2569 | BEFORE:<br>Stephen E. Cole, U.S. Magistrate Judge | |
|---|---|---|
| | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**September 1, 2011<br>at 9:00 a.m.<br>(Mountain Time)** | CONTINUED TO, DATE AND TIME:<br><br>**September 15, 2011<br>at 9:00 a.m.<br>(Mountain Time)** |

TYPE OF PROCEEDING:

## MOTION HEARING

STEPHEN E. COLE
U.S. Magistrate Judge

August 17, 2011
DATE

By: Mary Beth Vachon
Judicial Assistant

TO:

Francis Leland Pico
Assistant U.S. Attorney
P.O. Box 703
Yellowstone National Park, WY  82190
(307) 344-2119

Jami Rebsom
Attorney for Defendant
Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT  59047
(406) 223-5963