# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☑ **Telephonic**    11-MJ-100

Date: 09/29/11    Case No. 2:11M2105-001

Time: 2:50 - 2:54    Interpreter: _____
Int. Phone: _____

USA    VS   JACK KANE PARRENT JR

| Stephen E. Cole | Karen Angermeier | | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

|  |  |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Government: LEE PICO

Attorney(s) for Defendant(s): JAMI REBSOM

Other

Status Conference held in chambers with defense counsel appearing by phone from 406.222.5963.

Defense counsel has discovery but still needs intoxilizer reports; also has substance abuse evaluation - will send copies to Court and AUSA.

Trial should take one day; witnesses: US - 4-5; Defense - 1

STATUS CONFERENCE: November 16, 2011 at 1:30 pm
TRIAL: December 14, 2011 at 9:00 am