```
                              FILED
                        DISTRICT OF WYOMING
                         U.S. DISTRICT COURT

                           OCT - 3 2011

                        U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
### YELLOWSTONE NATIONAL PARK

| UNITED STATES OF AMERICA,<br>Plaintiff(s), | **NOTICE**<br>11-MJ-100 |
|---|---|
| VS. | |
| JACK KANE PARRENT JR.,<br>Defendant(s). | Case Number: 2:11M2105-001 |

| TYPE OF CASE: | **CRIMINAL** |
|---|---|

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Yellowstone Justice Center<br>Mammoth Hot Springs<br>Yellowstone Natl Park, WY 82190<br>(307) 344-2569 | BEFORE<br>Stephen E. Cole, U.S. Magistrate Judge |
|---|---|
| | DATE AND TIME<br>December 14, 2011 at 9:00 a.m.<br>(Mountain Time) |

| TYPE OF PROCEEDING | **TRIAL** |
|---|---|

STEPHAN HARRIS
Clerk of Court

October 3, 2011                          Karen Angermeier
Date                                     Courtroom Deputy

TO:
Francis Leland Pico                      Jami Rebsom
Assistant United States Attorney         Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 703                             P.O. Box 670
Yellowstone National Park, WY 82190      Livingston, MT 59047
(307) 344-2119                           (406) 223-8413