FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 0 7 2011
4:05 pm
Stephan Harris, Clerk
Casper

Francis Leland Pico
Special Assistant United States Attorney
District of Wyoming
P. O. Box 703
Yellowstone National Park, WY 82190
(307) 344-2119

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. <u>2:11-M-2105</u> |
| **JACK PARRENT,** | ) |
| Defendant. | ) |

### PRAECIPE

Will the Clerk please issue four subpoenas in the above entitled case.

**DATED** this <u>7th</u> day of November, 2011.

                                                  Respectfully submitted,

                                                  CHRISTOPHER A. CROFTS
                                                  United States Attorney

By: _____
                                        FRANCIS L. PICO
                                        Assistant United States Attorney

(4) issued