# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☑ **Telephonic**

Date 12/07/11                                   Case No. 2:11M2105-001

Time 2:45 - 2:54                                Interpreter _____
                                                Int. Phone  _____

USA                                    VS   JACK KANE PARRENT JR

| Stephen E. Cole | Karen Angermeier | | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

|  |  |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Government   LEE PICO

Attorney(s) for Defendant(s)   JAMI REBSOM

Other

Status Conference held in chambers with defense counsel appearing by phone from 406.222.5963.

Trial is scheduled for next week, December 14 2011.

Defense counsel indicated her client will likely appeal conviction.

Court would like a list of witnesses from defense and US.
US will have: ParkCounty Deputy; an employee of the Super 8 Motel, NPS Rangers Brain Chan, Amanda Wilson and Russ Miller.
Defense counsel is not sure yet if her client will testify, other than that, she does not have any one else appearing.

US indicated he would be entering into evidence an email received by the defendant several months ago. Defense counsel has a copy.

US and defense counsel will discuss the matter further.