# CRIMINAL MINUTE SHEET
# MOTION HEARING

☐ **Telephonic**

Date: 12/14/11

Case No.: 2:11M2105-001 (11MJ100)

Time: 9:03 - 9:10

Interpreter: _____
Int. Phone: _____

USA VS JACK KANE PARRENT JR

| Stephen E. Cole | Karen Angermeier | FTR | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Marshal _____   Probation Officer _____

**Attorney(s)**
Government: LEE PICO

Defendant(s): JAMI REBSOM

| Gov / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | | to dismiss for failure to meet Speedy Trial deadline | Denied |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses**
Government: _____

Defendant(s): _____

**Other**

Argument heard regarding Defense motion to dismiss for failure to try within 70 days.
US argued exclusion for class B and C misdemeanors and infractions. An Amended Complaint was filed reducing to class B.
Motioned denied, proceed to trial.