# United States District Court
## District of Wyoming

UNITED STATES OF AMERICA

☐ Violation Notice ☐ Information ☑ Complaint

VS

Citation No. _____ TRIAL
Case No. _____ 2:11M2105-001 (11MJ100)
Date Violation Notice Issued _____
Place _____ YNP - East Wildlife Overlook/Lamar
Violation Charged _____ 1) DUI - commercial tour bus- B;
_____ 2) BAC - commercial tour bus - B;
_____ 3) Operate commercial w/detect alcoh

JACK KANE PARRENT, JR
_____
Defendant

Before the Honorable  Stephen E. Cole

Interpreter _____ Telephone _____
Time  9:10 (recess 12:04 - 1:22) - 1:48
Tape No. _____  Date  12/14/11

Karen Angermeier _____ FTR _____
Deputy Clerk            Probation Officer            Court Reporter

Lee Pico _____ _____
Asst. U.S. Attorney            U. S. Marshal

☐ Failed to appear    Warrant issued on _____

☑ Appeared
   ☑ Voluntarily   ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing  JAMI REBSOM
   ☐ FPD    ☑ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
   reason _____
   _____
   _____

☐ Bail is set at
   ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount
☐ Conditions of release
   _____
   _____
   _____

☐ Defendant executes consent to be tried by U.S. Magistrate Judge

☐ Waiver of Jury Trial/Class A Misdemeanor

| | | |
|---|---|---|
| ☐ | Defendant executes consent to transfer petty offense for plea and sentence | |
| ☑ | Informed of charges and rights | Date 6/6/11 |
| ☑ | Defendant arraigned | Date 12/14/11    Defendant enters ☑ Not Guilty Plea    ☐ Guilty |
| ☐ | Court accepts plea | |
| ☑ | Trial    Witnesses | Kevin Stark, Cpl. Greg Todd - Park County Sherif's Office, Carlton Newman, Ranger Amanda Wilson, Ranger Brian Chan, Ranger Russ Miller |

☐ Disposition
  ☐ Not Guilty
  ☐ Guilty
  ☐ Dismissed
  ☐ Collateral Forfieted

☐ PSI ordered

☐ Sentence            Date _____

☐ Imposition of jail sentence suspended

☐ Committed to custody for a period of _____

☐ Probation for a period of _____
  ☐ W Supervision    ☐ W/O Supervision

☐ Special conditions of probation

☐ Fined _____ Payable _____

☐ Restitution _____ To _____

☐ Special Assessment _____

☐ $25 Processing Fee

☐ Defendant advised of right to appeal

☑ Other    Arguments heard from Defense and US; Defense asked for time to research whether implied consent advisory must be read prior to administering intoxilizer. Brief due by Monday, December 19, 2011; government response by 12/22/11. Matter taken under advisement pending receipt of briefs by Defense and US.