```
                                            FILED
                                       DISTRICT OF WYOMING
                                        U.S. DISTRICT COURT

                                          DEC 22 2011

                                       U.S. MAGISTRATE JUDGE
```

JAMI REBSOM
Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT 59047
Telephone (406)222-5963

UNITED STATES DISTRICT COURT, DISTRICT OF WYOMING, YELLOWSTONE NATIONAL PARK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACK KANE PARRENT,

    Defendant.

Case No. 11-MJ-100
2:11M2105-001

**REQUEST FOR TRAVEL**

COMES NOW, the Defendant, Jack Parrent, in the above-entitled action, by and through his attorney of record Jami Rebsom, of, Livingston, Montana, and files this Motion to Allow Mr. Parrent to travel to Browning, Montana, to visit family for Christmas. Mr. Parrent requests he be allowed to have the holidays with his parents in Browning, Montana, and return to Bozeman, Montana, December 30, 2011.

DATED this ___ day of December, 2011.

By _____
JAMI REBSOM

**CERTIFICATE OF MAILING**

I hereby certify that I hand delivered a full, true and accurate copy of the foregoing document on the ___ day of December, 2011 to the following:

Lee Pico
P.O ox 703
Yellowstone National Park, WY 82190

_____