UNITED STATES DISTRICT COURT, DISTRICT OF WYOMING, YELLOWSTONE NATIONAL PARK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACK KANE PARRENT,

    Defendant.

Case No. 11-MJ-100
2:11M2105-001

**ORDER FOR TRAVEL**

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

DEC 22 2011

U.S. MAGISTRATE JUDGE

Upon review of the Defendant's Motion to Travel for Christmas, and good cause therefrom;

It is hereby ORDERED that MR. Parrent may travel to Browning, Montana, from December 22, 2011 through December 30, 2011.

DATED this 22nd day of December, 2011.

HON. SETEPHEN COLE

cc: Lee Pico
    Jami Rebsom