```
                                                    F I L E D
                                              DISTRICT OF WYOMING
                                              U.S. DISTRICT COURT

                                                  JAN 12 2012

                                              U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## for the DISTRICT OF WYOMING
### at YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACK KANE PARRENT, JR.,<br>Defendant. | NOTICE<br>11-MJ-100<br><br>Case Number 2:11M2105-001 |

**TYPE OF CASE:**

**CRIMINAL**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE:<br>Yellowstone Justice Center<br>Magistrate Judge's Courtroom<br>Mammoth Hot Springs<br>Yellowstone National Park, WY 82190<br>(307) 344-2569 | BEFORE:<br>Stephen E. Cole, U.S. Magistrate Judge |
|---|---|
| | DATE AND TIME:<br>**January 31, 2012 at 2:30 p.m.**<br>(Mountain Time) |

**TYPE OF PROCEEDING:**

**SENTENCING**

STEPHEN E. COLE
United States Magistrate Judge

<u>January 12, 2012</u>   <u>By: Mary Beth Vachon</u>
DATE                    JUDICIAL ASSISTANT

TO:

Francis Leland Pico
Assistant United States Attorney
P.O. Box 703
Yellowstone National Park, WY 82190
(307) 344-2119

Jami Rebsom
Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT 59047
(406) 222-5963