```
                                          ┌─────────────────────────────┐
                                          │         F I L E D           │
                                          │   DISTRICT OF WYOMING       │
                                          │    U.S. DISTRICT COURT      │
                                          │                             │
                                          │      JAN 1 3 2012           │
                                          │                             │
                                          │   U.S. MAGISTRATE JUDGE     │
                                          └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING
## YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JACK KANE PARRENT, JR.,<br>Defendant. | **NOTICE**<br>11-MJ-100<br><br>Case Number 2:11M2105-001 |

TYPE OF CASE:

**CRIMINAL**

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| PLACE:<br>Yellowstone Justice Center<br>Magistrate Judge's Courtroom<br>Mammoth Hot Springs<br>Yellowstone National Park, WY 82190<br>(307) 344-2569 | BEFORE:<br>Stephen E. Cole, U.S. Magistrate Judge | |
|---|---|---|
| | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**January 31, 2012<br>at 2:30 p.m.**<br>(Mountain Time) | CONTINUED TO, DATE AND TIME:<br><br>**January 31, 2012<br>at 10:30 a.m.**<br>(Mountain Time) |

TYPE OF PROCEEDING:

**SENTENCING**

STEPHEN E. COLE
U.S. Magistrate Judge

<u>January 13, 2012</u>
DATE

<u>By: Mary Beth Vachon</u>
Judicial Assistant

TO:

Francis Leland Pico
Assistant U.S. Attorney
P.O. Box 703
Yellowstone National Park, WY   82190
(307) 344-2119

Jami Rebsom
Attorney for Defendant
Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT   59047
(406) 223-5963