1  JAMI REBSOM
   Jami Rebsom Law Firm PLLC
2  P.O. Box 670
3  Livingston, MT 59047
   Telephone: 406/222-5963
4  ATTORNEY FOR DEFENDANT

5

6

7

8    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING YELLOWSTONE
9                                   NATIONAL PARK

10

11  UNITED STATES OF AMERICA,          )        Cause No. 2:11M2105-001
                                       )
12                                     )
              Plaintiff,               )        **MOTION TO STAY SENTENCE**
13     vs.                             )
                                       )
14  JACK KANE PARRENT JR.,             )
15            Defendant                )

16

17         COMES NOW, Jami Rebsom, attorney for the above-named defendant, and moves

18  the Court for an staying his sentence pending appeal in this matter.

19                                   ARGUMENT

20         Rule 38. Stay of Execution, and Relief Pending Review allows the court to stay Mr.

21
22  Parrent's sentence pursuant to the following rule.

23         Rule 38(a) Stay of Execution(2) Imprisonment. A sentence of imprisonment shall be

24  stayed if an appeal is taken and the defendant is released pending disposition of appeal pursuant to

25  Rule 9(b) of the Federal Rules of Appellate Procedure. If not stayed, the court may recommend to

26
27  the Attorney General that the defendant be retained at, or transferred to, a place of confinement near

28
                                                                                        1

1  the place of trial or the place where an appeal is to be heard, for a period reasonably necessary to

2  permit the defendant to assist in the preparation of an appeal to the court of appeals. (3) Fine. A

3

4  sentence to pay a fine or a fine and costs, if an appeal is taken, may be stayed by the district court or

5  by the court of appeals upon such terms as the court deems proper. The court may require the

6  defendant pending appeal to deposit the whole or any part of the fine and costs in the registry of the

7  district court, or to give bond for the payment thereof, or to submit to an examination of assets, and

8  it may make any appropriate order to restrain the defendant from dissipating such defendant's

9  assets.

10

11  Mr. Parrent has been on pre-trial probation supervision and has not had any

12  violations.  Therefore, Mr. Parrent requests the Court stay the sentence pending an appeal in this

13  case.

14  DATED this ___31___ day of ~~December~~, 2012. January

15

16  By_____

17  JAMI REBSOM

18  **CERTIFICATE OF SERVICE**

19  I hereby certify that I served a full, true and accurate copy of the foregoing document

20  on the ___31___ day of ~~December, 2012~~ to the following named person: January

21

22  Lee Pico

23  P.O. Box 703

24  Yellowstone National Park 82190

25  Hand delivered

26

27

28

2