JAMI REBSOM
Jami Rebsom Law Firm PLLC
P.O. Box 670
Livingston, MT 59047
Telephone: 406/222-5963
ATTORNEY FOR DEFENDANT

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

FEB - 3 2012

U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>JACK KANE PARRENT JR.,<br>   Defendant | Cause No. 2:11M2105-001<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

COMES NOW, Jami Rebsom, attorney for the above-named Defendant, and moves to withdraw as attorney of record.

Jami Rebsom, attorney for Defendant, moves to withdraw as the attorney of record in this matter. Mr. Parrent requests the Court appoint Christopher Leigh, at P.O. Box 1094, Jackson, WY 83001, as a CJA Panel Attorney for Mr. Parrent to file an appeal in this case. The Federal Public Defender's Office has approved the appointment of Mr. Leigh for Mr. Parrent.

Therefore, Jami Rebsom, requests the Court issue an Order allowing her to withdraw so Mr. Leigh can file an appeal in this matter.

DATED this 3 day of February, 2012.

1

By _____
JAMI REBSOM

## CERTIFICATE OF SERVICE

I hereby certify that I served a full, true and accurate copy of the foregoing document on the __3__ day of February, 2012, to the following named person:

Lee Pico
P.O. Box 703
Yellowstone National Park 82190
Hand delivered

_____

2