```
                                              FILED
                                       DISTRICT OF WYOMING
                                       U.S. DISTRICT COURT

                                           FEB - 6 2012

                                       U.S. MAGISTRATE JUDGE
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JACK KANE PARRENT JR., )<br>Defendant ) | Cause No. 2:11M2105-001<br><br>**ORDER TO WITHDRAW AS ATTORNEY OF RECORD AND ORDER TO APPOINT WYOMING FEDERAL PUBLIC DEFENDER** |

Upon review of Jami Rebsom's Motion to Withdraw as Attorney of Record for the above-named Defendant, and good cause therefrom;

It is hereby ORDERED that Jami Rebsom is withdrawn as the Defendant's Attorney of Record. It is further ORDERED that Christopher Leigh, of Jackson, WY is appointed as a CJA Panel Federal Public Defender for Mr. Parrent.

DATED this 6th day of February, 2012.

*[signature]*
HON. STEPHEN E. COLE
U.S. MAGISTRATE JUDGE

cc: Jami Rebsom
    Lee Pico
    Christopher Leigh