Christopher S. Leigh
Attorney At Law
CJA Counsel
P.O. Box 1094
Jackson, Wyoming 83001
(307) 733-7735
WSB 5-2586

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>JACK KANE PARRENT JR.,<br>　　　Defendant.<br>_____ | )<br>)<br>)<br>) MAGISTRATE DOCKET<br>)　# 2:11MJ100<br>)<br>)<br>) |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Crim. P. 58(g)(2)(B) that Jack Kane Parrent, Jr. the Defendant in the above-named case, hereby timely appeals to the United States District Court for the District of Wyoming from the Magistrate Court's Memorandum Opinion and Order in a criminal case issued as a result of the Trial conducted on December 14, 2011 and filed on January 12, 2012 finding the Defendant guilty of one count of violating 36 F.R.C.R § 1.5(f), by the Honorable U.S. Magistrate Judge Stephen Cole. The Defendant was sentenced on January 31, 2012 by the Honorable U.S. Magistrate Judge Stephen Cole. The undersigned was appointed on February 6, 2012.

1

DATED this 9th day of February, 2012.

                <u>S/S E FILE  E SIGNATURE</u>
                Christopher S. Leigh
                Attorney At Law
                CJA Counsel
                P.O. Box 1094
                Jackson, Wyoming 83001
                (307) 733-7735
                WSB 5-2586

## CERTIFICATE OF SERVICE

On this 9th day of February, 2012, I certify that a true and correct copy of the foregoing was delivered to the following:

Stephen Cole
U.S. Magistrate
P.O. Box 387
Yellowstone, Wyoming 82801

Lee Pico
Assistant U.S. Attorney
P.O. Box 703
YNP, Wy. 82190

METHOD OF DELIVERY

U.S. MAIL           XX

HAND DELIVERY       _____

EFILE               XX

                                         S/S E FILE E SIGNATURE
                                         Christopher S. Leigh