

**FILED**

*5:11 pm, 2/9/12*
**Stephan Harris**
**Clerk of Court**

United States District Court
For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 11MJ100-F |
| ) | |
| JACK KANE PARRENT, JR ) | |
| ) | |
| Defendant(s). ) | |

### ORDER OF REASSIGNMENT

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Stephen E. Cole, United States Magistrate Judge, to the Honorable Nancy D. Freudenthal, Chief, United States District Judge, United States District Court for the District of Wyoming.  **Please use case number 11MJ100-F for all future pleadings.**

Dated this 9th day of February, 2012

*Nancy D Freudenthal*

Nancy D. Freudenthal, Chief, United States District Judge