Christopher S. Leigh
Attorney At Law
CJA Counsel
P.O. Box 1094
Jackson, Wyoming 83001
(307) 733-7735
WSB 5-2586

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )   # 2:11MJ100<br>JACK KANE PARRENT JR.,  )<br>    Defendant.  )<br>_____  ) | |

## ENTRY OF APPEARANCE

COMES NOW, Christopher S. Leigh, Office of the Public Defender, CJA Panel Attorney, and after being duly appointed by Magistrate Stephen Cole, enters his appearance on behalf of the Defendant in the above-captioned action.

DATED this 10th day of February, 2012.

                                                          S/S E FILE  E SIGNATURE
                                                        Christopher S. Leigh
                                                        Attorney At Law
                                                        CJA Counsel
                                                        P.O. Box 1094
                                                        Jackson, Wyoming 83001
                                                        (307) 733-7735
                                                        WSB 5-2586

## CERTIFICATE OF SERVICE

On this 10th day of February, 2012, I certify that a true and correct copy of the foregoing was delivered to the following:

Stephen Cole
U.S. Magistrate
P.O. Box 387
Yellowstone, Wyoming 82801

Lee Pico
Assistant U.S. Attorney
P.O. Box 703
YNP, Wy. 82190

METHOD OF DELIVERY

U.S. MAIL				__XX__

HAND DELIVERY			_____

EFILE				__XX__

S/S E FILE  E SIGNATURE<br>Christopher S. Leigh