**CHRISTOPHER S. LEIGH**
Attorney at Law
310 E. Broadway
P.O. Box 1094
Jackson, Wyoming 83001
Phone (307) 733-7735
Fax    (307) 733-7720
WSB 5-2586

RECEIVED
February 6, 2012
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Clerk of Court
U.S. Magistrate Court
District of Wyoming
P.O. Box 387
YNP, Wy. 82190

Re: USA v. Jack Kane Parrent Jr.   2-11mj-100

Dear Beth:

Mr. Parrent has filed an appeal of his conviction with the District Court.

TRANSCRIPT ORDER

I believe that the trial in this case was mechanically recorded and or may have already been transcribed. If it has been transcribed please provide my office with a copy. If it has not been transcribed could you plead provide my office with a CD version of the audio recording of the trial. I am also requesting a copy of the audio recording of the initial appearance and/or arraignment and all other status conference hearings or other hearings at which Mr. Parrent appeared or his prior attorney appeared. Please forward a copy of the transcript or CD to AUSA Dave Kubichek in Casper.

DESIGNATION OF RECORD

I would also like a formal list or designation of the record and the docket sheet. I also need a list of the exhibits that the Court entered as part of the record. I would also like a copy of the written consent to proceed before Magistrate Cole.

Thank you in advance for your time and consideration in this matter. Please call with any questions.

Yours,

Christopher S. Leigh

Cc: client
Dave Kubichek, AUSA