David A. Kubichek
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY  82602-5010
307-261-5434

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | )  **Case No. 11-MJ-100-F** |
| **JACK KANE PARRENT, JR.,** | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE OF DAVID A. KUBICHEK

To the Clerk of this Court and all parties of record:

Please enter my appearance as an attorney in this case for the United States of America.

**DATED** this 24th day of February, 2012.

                          Respectfully submitted,

                          CHRISTOPHER A. CROFTS
                          United States Attorney

By: _____
      DAVID A. KUBICHEK
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2012 a true and correct copy of the foregoing **Entry of Appearance of David A. Kubichek** was served upon counsel of record via CM/ECF or the Court's Electronic Filing System.

_____
UNITED STATES ATTORNEY'S OFFICE