11 MJ 100

DEFENDANT: JACK KANE PARRENT, JR.
CASE NUMBER 2:11M2105-001

Judgment-Page 2 of 5

FILED
U.S. DISTRICT
DISTRICT OF WYOMING

2012 MAR 14 AM 11 40

STEPHAN HARRIS, CLERK
CHEYENNE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED EIGHTY (180) DAYS.

The Court makes the following recommendations to the Bureau of Prisons:

> The defendant is sentenced to ninety (90) days incarceration as to Count 1 and ninety (90) days incarceration as to Count 3, to be served consecutively, for a total sentence of one hundred eighty (180) days, with credit for one (1) day time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on  3-1-12  to  FPC Florence  at  Florence, CO , with a certified copy of this Judgment.

Blake R. Davis, Warden
~~United States Marshal~~

By:  S. Fuller, CSO
~~Deputy Marshal~~