| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| WYX | Jack Parrent | | 1203/3000078 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 2:11-M2105-001  11MJ100 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
| U.S. v. Parrent | Petty Offense | Adult Defendant | CC Criminal case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
36 CFR 4.23(a)(1) DUI; 36 CFR 4.23(a)(2) BAC +0.08%; 36 CFR 4.2(b) Drive w/Suspended License; Etc.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS:
Name: Jami Rebsom
Address: Jami Rebsom Law Firm, P.L.L.C.
P.O. Box 670
Livingston, MT 59047
Phone #: (406) 222-5963
Fax #:

14. NAME AND ADDRESS OF LAW FIRM (Only provide per instructions)
Name:
Address:

13. COURT ORDER:
Prior Attorney's Name / Appointment Dates

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in his case, OR

☐ Other (See Instructions)

*Stephen E. Cole* (signature)
Signature of presiding Judicial Officer or By Order of the Court

6/17/11
Date of Order / Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ Yes ☐ No

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| Categories (Attach itemization of services w/ dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | Math/Tech. Adjusted Hrs | Math/Tech. Adjusted Amounts | Additional Review | Amount Authorized |
|---|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | 0.6 | 75.00 | - | - | - | 75.00 |
| b. Bail and Detention Hearings | - | - | - | - | - | - |
| c. Motion Hearings | 0.3 | 37.50 | - | - | - | 37.50 |
| d. Trial | 6.0 | 750.00 | - | - | - | 750.00 |
| e. Sentencing Hearings | 1.7 | 212.50 | - | - | - | 212.50 |
| f. Revocation Hearings | - | - | - | - | - | - |
| g. Appeals Court | - | - | - | - | - | - |
| h. Other (Specify on add'l sheets) | 0.8 | 100.00 | - | - | - | 100.00 |
| (In Court) TOTALS | 9.4 | 1,175.00 | - | - | - | 1,175.00 |
| 16. a. Interviews and Conferences | 11.6 | 1,450.00 | - | - | - | 1,450.00 |
| b. Obtaining and reviewing records | 11.8 | 1,475.00 | - | - | - | 1,475.00 |
| c. Legal Research and brief writing | 3.5 | 437.50 | - | - | - | 437.50 |
| d. Travel time | 7.5 | 937.50 | - | - | - | 937.50 |
| e. Investigative & other work (Specify) | - | - | - | - | - | - |
| (Out of Court) TOTALS | 34.4 | 4,300.00 | - | - | - | 4,300.00 |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 244.80 | | | - | 244.80 |
| 18. Other Expenses (other than expert, transcripts, etc.) | | 26.59 | | | - | 26.59 |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 5,746.39 | | | - | 5,746.39 |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
From: 1/30/2011 to: 1/31/2012
6/17/11

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION:

21. CASE DISPOSITION: Convicted/Court Trial

22. CLAIM STATUS: ● Final Payment   ○ Interim Payment Number ___   ○ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ Yes ☑ No   If yes, were you paid? ☐ Yes ☐ No

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ Yes ☑ No   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: *(signed)*  Date 2-16-12

### APPROVED FOR PAYMENT—COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR. — Check if Certified ☑ |
|---|---|---|---|---|
| 1,175.00 | 4,300.00 | 244.80 | 26.59 | 5,746.39 |

28. SIGNATURE OF THE PRESIDING JUDGE: Stephen E. Cole   DATE 2/23/12   28a. JUDGE CODE: 89BA

| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| $1,175.00 | $4,300.00 | $244.80 | $26.59 | $5,746.39 |

34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE): *Timothy M. Tymkovich*   DATE 3-6-12   34a. JUDGE CODE: -023