

5023 East Villa Circle
Cheyenne, Wyoming 82009
307-214-3912

March 19, 2012


Mr. Stephan Harris, Clerk
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne, Wyoming 82001

RE: U.S.A. vs Jack Kane Parrent Jr.
2:11MJ100

Dear Mr. Harris:

This is regarding the transcript order letter filed by Mr. Christopher Leigh in the above case on February 21, 2012.  I am still awaiting proper documentation indicating satisfactory arrangements for payment, and therefore, have not begun any transcription.

I have contacted Appellant's attorney and have been informed that a CJA 24 form will be filed as soon as possible.

Sincerely,


/s/ Lori Arnold
New Life Transcription Service
307.214.3912
lori@townfolk.net