FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 APR 5 PM 12 52

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>JACK KANE PARRENT, JR.,<br><br>Defendant/Appellant. | Case No. 11-MJ-100-F |

## ORDER SETTING BRIEFING SCHEDULE FOR APPEAL OF MAGISTRATE DECISION

Defendant Steven M. Jones filed his notice of appeal on February 2, 2012. Defendant appeals the Magistrate Court's Memorandum Opinion and Order in a criminal case issued as a result of the trial conducted on December 14, 2011 and entered on January 12, 2012 by Magistrate Judge Stephen E. Cole. The official transcript was filed on April 5, 2012, which should complete the record in this case. The Court will set the following briefing schedule:

Appellant shall file and serve his brief on or before May 21, 2012.

Appellee United States of America shall file its responsive brief on or before June 20, 2012.

Appellant shall file his reply, if any, within fourteen days after service of the Appellee's brief.

This matter will be decided by the Court on the parties' written submissions without oral argument or hearing, unless the Court determines that oral argument will be helpful. If the Court determines that oral argument would assist in the determination of this matter, that hearing will be set by a separate order, at a later date.

Dated this 5 day of April, 2012.

Nancy D. Freudenthal
Chief United States District Judge