Christopher S. Leigh
Attorney At Law
CJA Counsel
P.O. Box 1094
Jackson, Wyoming 83001
(307) 733-7735
WSB 5-2586

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff/Appellee, )<br>)<br>vs. )<br>)<br>JACK KANE PARRENT JR., )<br>    Defendant/Appellant. )<br>_____ ) | MAGISTRATE DOCKET<br># <u>2:11-MJ-100-F</u> |

## MOTION TO DISMISS APPEAL

COMES NOW the Defendant/Appellant, Jack Kane Parrent, Jr. by and through his appointed counsel, Christopher S. Leigh, Attorney at Law and moves the Court to issue an Order dismissing the pending appeal and for this Motion states as follows:

1. There is pending before the Court an appeal from Magistrate Court's findings filed on January 12, 2012 finding the Defendant guilty of one count of violating 36 F.R.C.R § 4.23 (a)(2) and one count of 36 C.R.F. 4.2(b), W.S. §31-8-303, W. S. § 31-18-701, 49 C.F.R. 392.5 (a)(2).

2. The Defendant/Appellant and his counsel have received a complete copy

of the pleadings and the four transcripts from the Magistrate Court's case.

3. The Defendant/Appellant and his counsel have had the opportunity to review all pleadings and review all of the transcripts.

4. The Defendant/Appellant and his counsel have identified a number of potential issues for appeal. The Defendant/Appellant and his counsel have discussed the issues and the potential ramifications of pursuing the appeal and obtaining a reversal of the convictions and the possibility of a new trial. Issues of future conviction(s); additional charges(s); sentencing considerations; lack of credit for time served; and double jeopardy have been all considered.

5. The Defendant/Appellant has been able to have all questions answered by the undersigned either by email or by telephonic conversations.

6. The Defendant/Appellant has authorized his counsel both in writing and verbally to request that the pending appeal be dismissed, having made an informed decision.

**WHEREFORE**, the Defendant/Appellant requests:

A. That the Court issue an Order dismissing the pending appeal.

B. For further relief as the Court deems appropriate.

DATED this 2nd day of May, 2012.

                    S/S E FILE  E SIGNATURE
                    Christopher S. Leigh
                    Attorney At Law
                    CJA Counsel
                    P.O. Box 1094
                    Jackson, Wyoming 83001
                    (307) 733-7735
                    WSB 5-2586

CERTIFICATE OF SERVICE

On this 2nd day of May, 2012, I certify that a true and correct copy of the foregoing was delivered to the following:

David Kubichek
Assistant U.S. Attorney
P.O. Box 703
YNP, Wy. 82190

METHOD OF DELIVERY

U.S. MAIL              _____

HAND DELIVERY          _____

EFILE                  __XX__

                                S/S E FILE E SIGNATURE
                                Christopher S. Leigh