UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|      Plaintiff/Appellee,     ) | |
|                         ) | |
| vs.     ) | MAGISTRATE DOCKET |
|     ) | # 2:11-MJ-100-F |
| JACK KANE PARRENT JR.,     ) | |
|      Defendant/Appellant     ) | |
| _____ ) | |

## ORDER UPON DEFENDANT'S MOTION TO DISMISS APPEAL

The Defendant/Appellant, Jack Kane Parrent, Jr. by and through his appointed counsel, Christopher S. Leigh, Attorney at Law having filed a Motion requesting the Court to issue an Order dismissing the pending appeal and the Court having considered the Motion and having been fully advised:

The Court finds that the Defendant/Appellant has had an adequate opportunity to review the file and that the Defendant/Appellant has been represented by competent counsel, therefore;

**IT IS ORDERED** that the pending appeal before the Court is hereby dismissed with prejudice and the that  Magistrate Court's findings filed on January 12, 2012 finding the Defendant/Appellant guilty of one count of violating 36 F.R.C.R § 4.23 (a)(2) and

guilty of one count of 36 C.R.F. 4.2(b), W.S. §31-8-303, W. S. § 31-18-701, 49 C.F.R. 392.5 (a)(2) shall remain in effect and all other orders, including probation orders terms imposed by the Magistrate Court shall remain in full force and effect.

DATED this 2nd day of May, 2012.

Nancy D. Freudenthal

Chief United States District Judge
District of Wyoming