U.S.
DISTRICT OF WYOMING
2012 MAY 7 AM 10 41
[ILLEGIBLE] CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 11-MJ-100-F |
| JACK KANE PARRENT JR., | |
| Defendant. | |

## ORDER GRANTING MOTION TO DISMISS APPEAL

This matter is before the Court on Defendant's Motion to Dismiss Appeal. The Court has reviewed the motion and the file and is fully informed in the premises. The Court finds that Defendant has been informed of his rights and has made an informed decision to dismiss this appeal.

IT IS ORDERED that Defendant's Motion is GRANTED. The pending appeal of the Magistrate's January 12, 2012 Memorandum Opinion and Order is DISMISSED WITH PREJUDICE. The Magistrate's February 6, 2012, Amended Judgment in a Criminal Case

shall remain in full force and effect, including all terms of commitment and terms of probation imposed by the Magistrate.

Dated this \_\_7\_\_ day of May, 2012.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE