CJA 20 (Electronic Form) APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| WYX | Jack Kane Parrent, Jr. | | | 120521000074 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 2:11-MJ-100 | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE | |
| United States v. Jack Kane Parrent | Appeal | Appellant | AP | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS:

Name: Christopher S. Leigh
Address: Christopher S. Leigh, Attorney at Law
P.O. Box 1094
Jackson, Wy. 83001
Phone #: 307.733.7735
Fax #: 307.733.7720

14. NAME AND ADDRESS OF LAW FIRM (Only provide per instructions)
Name: Christopher S. Leigh
Address: P.O. Box 1094
Jackson, Wy. 83001

13. COURT ORDER:

Prior Attorney's Name | Appointment Dates

Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in his case, OR

☐ Other (See Instructions)

Signature of presiding Judicial Officer or By Order of the Court
2/6/12
Date of Order        Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ Yes ☐ No

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | Categories (Attach itemization of services w/ dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | Math/Tech. Adjusted Hrs | Math/Tech. Adjusted Amounts | Additional Review | Amount Authorized |
|---|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | - | - | - | - | - | - |
| | b. Bail and Detention Hearings | - | - | - | - | - | - |
| | c. Motion Hearings | - | - | - | - | - | - |
| | d. Trial | - | - | - | - | - | - |
| | e. Sentencing Hearings | - | - | - | - | - | - |
| | f. Revocation Hearings | - | - | - | - | - | - |
| | g. Appeals Court | - | - | - | - | - | - |
| | h. Other (Specify on add'l sheets) | - | - | - | - | - | - |
| | TOTALS | - | - | - | - | - | - |
| 16. Out of Court | a. Interviews and Conferences | 3.0 | 375.00 | - | - | | 375.00 |
| | b. Obtaining and reviewing records | 4.0 | 500.00 | - | - | | 500.00 |
| | c. Legal Research and brief writing | 3.1 | 387.50 | - | - | | 387.50 |
| | d. Travel time | - | - | - | - | | - |
| | e. Investigative & other work (Specify) | 8.8 | 1,100.00 | - | - | | 1,100.00 |
| | TOTALS | 18.9 | 2,362.50 | - | - | | 2,362.50 |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | - | | - | | - |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | 36.25 | | - | | 36.25 |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 2,398.75 | | - | | 2,398.75 |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
From: 2/6/2012 to: 5/9/2012

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION:

21. CASE DISPOSITION: Other

22. CLAIM STATUS: ● Final Payment   ○ Interim Payment Number ___   ○ Supplemental Payment
(Payment #)

Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ Yes ☑ No   If yes, were you paid? ☐ Yes ☐ No

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ Yes ☑ No   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.
Signature of Attorney                                     Date 5/8/12

### APPROVED FOR PAYMENT—COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR. – Check if Certified ☐ |
|---|---|---|---|---|
| - | 2,362.50 | - | 36.25 | 2,398.75 |

28. SIGNATURE OF THE PRESIDING JUDGE   Nancy D. Freudenthal   DATE 5/17/12   28a. JUDGE CODE 8906

| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)   DATE   34a. JUDGE CODE